UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUBAREZ AHMED, individually,

    Plaintiff,

vs.                                                                    Case No. 18-cv-13849

ERNEST WILSON, in his individual                  Hon. George Caram Steeh
capacity; and CITY OF DETROIT,
A municipal corporation,

    Defendants.
_____/

## STIPULATED ORDER OF VOLUNTARY DISMISSAL AS TO DEFENDANT CITY OF DETROIT ONLY

The above matter having come before this Honorable Court, the parties having stipulated thereto and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned matter be, and the same is hereby voluntarily dismissed and discontinued without prejudice and without costs as to Defendant, CITY OF DETROIT, only.

This is not a final Order and does not resolve all pending claims.

                                              s/George Caram Steeh
                                              U.S. DISTRICT JUDGE

Dated: April 1, 2019

Notice and hearing on entry of the
Above Order is waived.


/s/Wolfgang Mueller with consent        /s/Michael D. Weaver
WOLFGANG MUELLER  P43728          MICHAEL D. WEAVER  P43985
Mueller Law Firm                                  Plunkett Cooney
Attorneys for Plaintiffs                          mweaver@plunkettcooney.com
wolf@wofmuellerlaw.com