UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mubarez Ahmed,

                  Plaintiff(s),

v.                                      Case No. 2:18–cv–13849–GCS–EAS
                                                Hon. George Caram Steeh

City of Detroit, et al.,

                  Defendant(s),

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that the following motion(s) are referred to United States Magistrate Judge Elizabeth A. Stafford for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B):

        Motion – #43

                                              s/George Caram Steeh
                                              George Caram Steeh
                                              United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              s/B Sauve
                                              Case Manager