UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUBAREZ AHMED, individually,

    Plaintiff,

vs.                                      Case No. 18-cv-13849

ERNEST WILSON, and           Judge George Caram Steeh

CITY OF DETROIT,              Mag. Judge Elizabeth A. Stafford

    Defendants.

_____/

## Index of Exhibits

CITY OF DETROIT'S RESPONSE TO MOTION TO ENFORCE

AGREEMENT TO ARBITRATE (ECF #43)

Exhibit 1: *Mack v City of Detroit*, 2015 WL 3646462, E.D. Mich., June 10, 2015