UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUBAREZ AHMED, individually,

    Plaintiffs,

v.

ERNEST WILSON, in his individual capacity,

    Defendant.

Case No. 18-cv-13849
Hon. George C. Steeh

## ORDER REGARDING PLAINTIFF'S MOTION TO ENFORCE ARBITRATION AGREEMENT

This matter having come before this Honorable Court on Plaintiff's Motion to Enforce Arbitration Agreement, the Court having heard oral arguments and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** as follows:

1. The City of Detroit Law Department shall have thirty (30) days to submit a recommendation to the City Council regarding defense and indemnity of Ernest Wilson;

2. If the City Council approves defense and indemnity to Ernest Wilson, the City Law Department will have seven (7) days to submit an arbitration agreement to City Council, and:

    a. City Council will have fourteen (14) days to act on the submission of an Arbitration Agreement from the City of Detroit Law Department.

3. If the City Council denies defense and indemnity to Ernest Wilson, final and binding arbitration shall be completed within sixty (60) days of the City of Detroit's City Council's denial.

**IT IS SO ORDERED.**

Dated: March 15, 2021          s/George Caram Steeh
                                                       GEORGE CARAM STEEH
                                                       United States District Judge

STIPULATED AND AGREED TO BY:

*/s/Wolfgang Mueller with consent*
Wolfgang Mueller (P43728)
Attorney for Plaintiff

*/s/Michael D. Weaver*
Michael D. Weaver (P43985)
Attorney for Defendant