UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUBAREZ AHMED, individually,

    Plaintiffs,

v.

ERNEST WILSON, in his individual
capacity,

    Defendant.

Case No.  18-cv-13849
Hon. George C. Steeh

## STIPULATED ORDER OF DISMISSAL

The above matter having come before this Honorable Court, the parties having stipulated thereto and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned matter be, and the same is hereby dismissed and discontinued with prejudice and without costs as to the parties hereto.

This Order resolves all pending claims and closes the case.

Dated:  November 12, 2021

s/George Caram Steeh
GEORGE CARAM STEEH
United States District Judge

STIPULATED AND AGREED TO BY:

*/s/Wolfgang Mueller with consent*
Wolfgang Mueller (P43728)
Attorney for Plaintiff

*/s/Michael D. Weaver*
Michael D. Weaver (P43985)
Attorney for Defendant